**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES - GENERAL**

Case No.  CV 12-7965 GHK (AJWx)                              Date: May 13, 2014

Title:  <u>UNITED STATES OF AMERICA v. LIZANDRO F. CRUZ</u>

---

PRESENT:    **HON.  <u>ANDREW J. WISTRICH</u>, MAGISTRATE JUDGE**

<u>      Ysela Benavides      </u>                    <u>      Not Present      </u>
          Deputy Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:           ATTORNEYS PRESENT FOR DEFENDANTS:

**ORDER REGARDING SETTLEMENT CONFERENCE**

The Court conducted a settlement conference in this case on May 13, 2014.  Appropriate representatives of all parties were present.  A settlement was achieved.

cc:   Parties


                                                          1          00
                                                   _____ : _____

MINUTES FORM 11                                    Initials of Preparer_____
CIVIL-GEN