JS - 6

**FILED: 5/16/14**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | **CASE NO. 12-7965 GHK (AJWx)** |
| vs. | ) | |
| | ) | |
| LIZANDRO F. CRUZ, | ) | **ORDER OF DISMISSAL** |
| | ) | |
| Defendants. | ) | |

The parties having gone before Judge Wistrich for settlement conference and the the Court having been advised that the above-entitled action has been settled,

**IT IS ORDERED** that this action be and is hereby dismissed in its entirety without prejudice to the right, upon good cause shown within **THIRTY (30) DAYS**, to reopen the action if settlement is not consummated.

DATED: 5/16/14

GEORGE H. KING
CHIEF U. S. DISTRICT JUDGE